31371. MASSEY et al. v. HENDERSON et al.

PER CURIAM.

This court granted an application for a writ of certiorari to review a 6-3 decision of the Court of Appeals in *Massey v. Henderson,* 138 Ga. App. 565 (226 SE2d 750) (1976). The Court of Appeals affirmed a summary judgment rendered in favor of the master in a master-servant tort action brought by complainants against the master but not against the servant.

We conclude, after a thorough review, that the majority opinion of the Court of Appeals is correct, and that court's judgment must be affirmed.

*Judgment affirmed. All the Justices concur, except*

*Jordan, J., who dissents.*

ARGUED SEPTEMBER 13, 1976 — DECIDED JANUARY 4, 1977 — REHEARING DENIED JANUARY 27, 1977.

*Parker & O'Callaghan, James I. Parker, L. B. Kent,* for appellants.
*Hatcher, Stubbs, Land, Hollis & Rothschild, A. J. Land, W. G. Scrantom, Jr.,* for appellees.